IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,

v.                CASE NO. 1:08-cv-00072-MP-AK

1958 CESSNA 310-B AIRPLANE SN 35649 REGISTRATION N2UM,

 Defendant.

_____/

## O R D E R

This matter came before the Court for a telephonic status conference on January 20, 2010. As stated during the teleconference, the case shall be suspended for 90 additional days. The clerk is directed to set a telephone status conference to be held in approximately 90 days.

**DONE AND ORDERED** this _22nd_ day of January, 2010

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge