IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             CASE NO. 1:08-cv-00072-MP-AK

1958 CESSNA 310-B AIRPLANE SN 35649 REGISTRATION N2UM,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, a notice to court concerning the status of this case. The government indicates that the criminal trial related to the airplane in this case is likely to begin on May 3, 2010, and will resolve the civil forfeiture issues. Accordingly, the telephone status conference currently set for April 23, 2010, is continued, and the Clerk is directed to refer this case to the undersigned upon the completion of the criminal case or if the criminal case is continued.

    **DONE AND ORDERED** this _15th_ day of April, 2010

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge